Snyder v. Phillips.

## SNYDER v. PHILLIPS.

1. **Practice:** ENTERING JUDGMENT ON ADMISSION BEFORE ISSUES MADE UP. Where defendant admitted that a certain amount was due plaintiff, but, when plaintiff moved for judgment for that amount, defendant asked and obtained leave to amend his answer, *held* that the court properly refused to enter judgment on the motion until after the amendment was filed. Code, § 2859 does not apply to such a case.

*Appeal from Linn District Court.*

TUESDAY, JUNE 9.

ACTION to recover money paid for the defendant as his surety. Plaintiff moved the court for judgment on the pleadings, which was overruled, and he appeals.

*Geo. W. Wilson,* for appellant.

*W. G. Thompson,* for appellee.

SEEVERS, J.—The defendant denied that the plaintiff had paid as his surety the amount claimed, but admitted that he had paid $164.80, and that the plaintiff was entitled to judgment for that sum, which he offered to let the plaintiff take. The plaintiff moved the court for judgment in his favor for the amount above stated, and thereupon the defendant asked and obtained leave to amend his answer, and the court denied

the motion for judgment until the amendment to the answer was filed. The statute provides " that when, by the statements of the pleadings, one party is entitled by law to judgment in his favor, judgment will be so rendered, though a verdict has been found against such party, unless the other party proceed as provided in section 2842 of this chapter." Code, § 2859. It is quite evident that this section contemplates that there has been a trial, and that one party is entitled to judgment, although the verdict of the jury is against him. In the case at bar the issues had not been made up. The case was not even ready for trial. It is true, the defendant had admitted that the plaintiff was entitled to judgment in a certain amount, but, before any judgment was rendered, he asked leave to amend his pleading, and, clearly, the court, in its discretion, could grant such leave. Code, § 2689. Having granted leave to amend the answer, the court properly refused to enter a judgment for the plaintiff until such amendment was filed and the issues made up. This appeal is premature.

AFFIRMED.